JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT

| | |
|---|---|
| LEBANESE ARAK CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PEERLESS INSURANCE COMPANY, a New Hampshire corporation; and WEST AMERICAN INSURANCE COMPANY, an Indiana corporation; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 2:19-cv-05778-AB-RAO<br>Hon. Andre Birotte, Jr.<br><br>**ORDER ON STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE** |

The Court having reviewed the foregoing Stipulation to Dismiss Complaint with Prejudice,

IT IS HEREBY ORDERED that the above-captioned action is hereby dismissed with prejudice with each party to bear their own attorneys' fees and costs.

SO ORDERED.

DATED: January 3, 2020

By: _____
Honorable Andre Birotte, Jr.
United States District Judge

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 38923112v1     1

**ORDER ON STIPULATION TO
DISMISS COMPLAINT WITH PREJUDICE**